In the matter of the estate of ALICE M. ALLWOOD, deceased.

[Decided October 9th, 1935.]

*Mr. Arthur H. Bissell,* for the respondent Frederick H. Bange, trustee, &c.

*Mr. Harold Boulton,* for the respondents Clara Phillips, Alice Staley and Winston Coulter.

*Mr. Joseph Kahrs,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Berry and reported in *118 N. J. Eq. 172.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.